WILLIAM G. ESSEN AND WILLIAM H. CHURCH v. CITY OF CAPE MAY ET AL.

Submitted March 23, 1905—Decided June 12, 1905.

A highway regulation that should have been by municipal ordinance set aside because made by mere resolution.

On *certiorari*.

Before Justices DIXON, GARRISON and SWAYZE.

For the prosecutors, *Herbert A. Drake* and *Jasper Y. Brinton* (of the Philadelphia bar).

For the defendants, *Howard·Carrow.*

The opinion of the court was delivered by

GARRISON, J.   This writ of *certiorari* brings up a resolution of the city council of the city of Cape May granting to the Cape May, Delaware Bay and Sewell's Point Railroad Company permission to move its motors and cars longitudinally on Ocean street, over a route particularly described in the said resolution.

This resolution prescribes the manner in which a corporation shall exercise a privilege in the use of a highway of the city of Cape May, and under the charter of that city should be by ordinance and not by a mere resolution. *Pamph. L.* 1875, p. 214. *Cape May Railroad Co.·v. Cape May,* 29 *Vroom* 565; *S. C.,* 30 *Id.* 393; *S. C.,* 31 *Id.* 224.

The objection that as property owners the two prosecutors are improperly joined was not raised by any motion, and hence has not been considered.   As residents and taxpayers, which they are, the prosecutors may lawfully join.

The resolution is set aside, with costs.